# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|        Plaintiff,        ) | |
|        ) | |
| v.        ) | CASE NO. DNCW2:98CV32 |
|        ) | (Financial Litigation Unit) |
| DEWEESE WOLFE        ) | |
|        Defendant,        ) | |
|        ) | |
| and        ) | |
|        ) | |
| EASTERN BAND OF CHEROKEE        ) | |
| INDIANS,        ) | |
|        Garnishee.        ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, the Court **ORDERS** that the Order of Continuing Garnishment [# 12] filed in this case against Defendant Deweese Wolfe is **DISMISSED**.

Signed: March 28, 2018

_____
Dennis L. Howell
United States Magistrate Judge